| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Bright, Myron H | 2. Court or Organization U.S.C.A.--Eighth Circuit | 3. Date of Report 05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 655 First Avenue North Suite 340 Fargo, ND 58102-4952 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Legal Education Fund, Inc. |
| 2. | Director | U.S. - Asia Law Institute |
| 3. | Trustee | Trusts #1 and #2 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | December 3 | St. Louis University, one-day Jurists program |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 19 P 1:09 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Matthew Bender & Co., Albany, NY (royalties) | $ 524.00 |
| 2. December 5 | St. Louis University (teaching fee) | $ 750.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Hawaii Foundation | 02/20-28 | Honolulu, Hawaii | Jurists program | lodging, meals and travel |
| 2. | U.S. State Department | 09/14-26 | Israel and UAE | Official State visit | lodging, meals and travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | A | Int./Div. | | | transfer | 01/18 | L | | transferred to Trust #2 |
| 2. --TD Ameritrade Money Market | | | | | | | | | See Part VIII |
| 3. --El Paso Corp. Common Stock | | | | | | | | | transferred to Trust #2 |
| 4. --Fargo ND Lease Revenue Bonds | C | Interest | | | sell | 09/06 | L | | See Part VIII |
| 5. --Ivy Money Market | A | Dividend | | | sell | 01/26 | K | A | See Part VIII |
| 6. --Nuveen Flagship High Yield Municipal Bond Fund | | None | | | sell | 01/26 | K | | See Part VIII |
| 7. Federal Employees Credit Union | A | Interest | | | redemption | 01/26 | J | | |
| 8. IRA #1 | A | Int./Div. | J | T | | | | | |
| 9. --TD Ameritrade Money Market | | | | | | | | | |
| 10. --ConocoPhillips Common Stock | | | | | | | | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. --Edward Jones Money Market | B | Dividend | K | T | | | | | See Part VIII |
| 13. --Capital Income Builder Fund | B | Dividend | L | T | buy | 01/26 | K | | |
| 14. --Federated Municipal & Stock Advantage Fund | B | Dividend | L | T | buy | 01/26 | K | | |
| 15. --First Federal Bank of Calif. (CD) | A | Interest | | | redemption | 04/11 | J | A | |
| 16. --Franklin Mutual Discovery Fund | A | Dividend | J | T | buy | 06/20 | J | | |
| 17. --Pioneer AMT-Free Municipal Fund | A | Dividend | K | T | buy | 11/21 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  ●=$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Tax Exempt Bond Fund of America | A | Dividend | J | T | buy | 06/20 | J | | |
| 19. --Duke Realty Corp. Common Stock | | None | J | T | buy | 12/05 | J | | |
| 20. --Idaho Housing & Mortgage Revenue Bonds | A | Interest | J | T | buy | 05/03 | J | | |
| 21. --Kraft Foods Inc. Common Stock | A | Dividend | J | T | buy | 04/10 | J | | |
| 22. --Franklin Mutual European Fund | A | Dividend | J | T | buy | 12/05 | J | | |
| 23. Brokerage Account #2 | | | | | | | | | |
| 24. --TD Ameritrade Money Market | A | Dividend | | | | | | | See Part VIII |
| 25. --Delaware Group Tax Free USA Fund | B | Dividend | | | sell | 11/12 | K | | See Part VIII |
| 26. --Duke Energy Corp. Common Stock | | None | | | sell | 01/04 | J | B | |
| 27. --Nuveen Flagship High Yield Municipal Bond Fund | | None | | | sell | 01/26 | L | | See Part VIII |
| 28. --Wells Fargo & Co. Common Stock | | None | | | sell | 01/10 | K | D | See Part VIII |
| 29. --UST Inc. Common Stock | A | Dividend | J | T | | | | | moved to Brokerage acc't 1 |
| 30. --Education Realty Trust Inc. | | None | | | sell | 01/05 | J | | |
| 31. --Spectra Energy Corp. Common Stock | A | Dividend | J | T | spinoff | 01/04 | J | | See Part VIII |
| 32. Trust #2 | B | Int./Div. | K | T | | | | | See Part VIII |
| 33. --Edward Jones Money Market | | | | | | | | | |
| 34. --Grand Forks ND Refunding & Improvement Municipal Bonds | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bright, Myron H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --Capital Income Builder Fund | | | | | | | | | |
| 36.   --Europacific Growth Fund | A | Dividend | J | T | buy | 11/12 | J | | |
| 37.   --Franklin Federal Tax Free Income Fund | A | Dividend | J | T | buy | 01/26 | J | | |
| 38. | | | | | partial sale | 03/21 | J | | |
| 39. | | | | | buy | 09/06 | J | | |
| 40.   --Franklin High Yield Tax Free Income Fund | A | Dividend | J | T | buy | 01/26 | J | | |
| 41.   --Franklin Income Fund | B | Dividend | K | T | buy | 01/26 | K | | |
| 42. | | | | | buy | 01/30 | J | | |
| 43.   --Franklin Mutual Beacon Fund | A | Dividend | J | T | buy | 01/26 | J | | |
| 44. | | | | | partial sale | 09/06 | J | | |
| 45.   --Franklin Mutual European Fund | A | Dividend | J | T | buy | 11/15 | J | | |
| 46. | | | | | buy | 12/05 | J | | |
| 47.   --Tax Exempt Bond Fund of America | A | Dividend | K | T | buy | 01/26 | K | | |
| 48.   --Templeton Growth Fund | A | Dividend | J | T | buy | 01/26 | J | | |
| 49. | | | | | partial sale | 09/06 | J | | |
| 50.   State Bank & Trust Co. Savings Account (X) | A | Interest | J | T | deposit | 07/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| | |
|---|---|
| Part VII. Line 2A | TD Ameritrade Money Market in Trust Account #1 moved into Edward Jones Money Market in Trust Account #2 (Line 33A). TD Ameritrade Money Market closed 02/07/07. |
| Part VII. Line 4 | Fargo ND Lease Revenue Bonds moved into Trust Account #2 on 1/18/07 and sold 9/6/07. |
| Part VII. Line 5 | Correct description of asset is Ivy Money Market Fund. The term "Fund" was inadvertently omitted from the prior year's report. Ivy Money Market Fund moved into Trust Account #2 on 1/18/07 and sold 1/26/07. |
| Part VII. Line 6 | Nuveen Flagship High Yield Municipal Bond Fund moved into Trust Account #2 on 1/18/07 and sold 1/26/07. |
| Part VII. Line 12 | Value includes those assets moved from TD Ameritrade Money Market in Brokerage Account #2 (Line 24) into Edward Jones Money Market in Brokerage Account #1 (Line 12) on 1/18/07. |
| Part VII. Line 24B(2) | Inadvertently reported on previous reports as interest rather than dividend. TD Ameritrade Money Market in Brokerage Account #2 moved into Edward Jones Money Market in Brokerage Account #1 (Line 12) on 1/18/07. TD Ameritrade Money Market closed 02/07/07. |
| Part VII. Line 25 | Delaware Group Tax Free USA Fund moved into Brokerage Account #1 on 1/18/07 and sold 11/12/07. |
| Part VII. Line 27 | Nuveen Flagship High Yield Municipal Bond Fund moved into Brokerage Account #1 on 1/18/07 and sold 1/26/07. |
| Part VII, Line 28D | Stock split on 8/17/06 inadvertently omitted from prior year's report. |
| Part VII. Line 31 | Spectra Energy Corp. spunoff from Duke Energy Corp. Spectra Energy Corp. moved into Brokerage Account #1 on 1/18/07. |
| Part VII. Line 32 | Value includes those assets transferred from Trust Account #1 into Trust Account #2 on 1/18/07. |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544